January 17, 1977.

371 A.2d 1293

Airway Industries, Inc. v. Panella, Appellant.

Argued November 16, 1976. Joseph V. Bullano, submitted a brief for appellant; Frederick N. Frank, with him Marvin A. Luxenberg, and Raphael, Sheinberg & Barmen, for appellee.

Decree affirmed.

WATKINS, P. J., absent.

371 A.2d 1293

Allegheny County Child Welfare Services, Appeal of.

Argued November 11, 1976. James A. Esler, Assistant County Solicitor, with him Alexander J. Jaffurs, County Solicitor, for appellant; Eric N. Anderson, for appellee.

Order affirmed.